**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA**

Reginald Quinton Williams

**C v 6 1 4   0 1 4**

_(Enter above full name of plaintiff or plaintiffs)_

v.

Warden Clay Tatum
Commissioner Brian Owens
Warden Bruce Chapman
Depty Warden John Paul

_(Enter above full name of defendant or defendants)_

I.     Previous lawsuits

A.     Have you begun other lawsuits in state or federal court dealing with the same facts
involved in this action?                                          Yes ✓   No ____

if your answer to A is yes, describe each lawsuit in the space below. (If there is more
than one lawsuit, describe the additional lawsuits on another piece of paper, using
the same outline.)

1.     Parties to this previous lawsuit:

Plaintiffs:     Reginald Williams

Defendants:     Dr. Straub, ET. Al

2.     Court (if federal court, name the district; if state court, name the county):

In The United States District Court Northern District

3.     Docket number:     Civil Action: No. 4:11-CV-0206-HLM-WEJ

4.     Name of judge assigned to case:     Harold L. Murphy

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

Dismiss for warant of prosecution.

6. Approximate date of filing lawsuit: March 11, 2011

7. Approximate date of disposition: August 6, 2012

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?  Yes ✓  No_____

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
Yes _____  No ✓

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

Plaintiffs: Reginald Williams

Defendants: Doctor Stroub, Nurse Cynthia Tucker

2. Court (name the district):

United State Distrct Court Northern Rome District

3. Docket number: Civil Action No: 4:11-CV-0206-HLM-WEJ

4. Name of judge assigned to case: Judge Harold L. Murphy

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

Dismiss for warant of prosecution

6. Approximate date of filing lawsuit: March 11, 2011

2

7.   Approximate date of disposition: _August 6, 2012_

8.   Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?   Yes ✓   No_____

C.   As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?   Yes ✓   No_____

1.   If your answer to C is yes, name the court and docket number for each case:

_Northern District of Georgia_   _Civil Action No: 4:11-CV-_
_Rome Division_   _0206-HLM-WEJ_

_____   _____

II.   Place of present confinement: _Georgia State Prison_

A.   Is there a prisoner grievance procedure in this institution?   Yes ✓   No_____

B.   Did you present the facts relating to your complaint to the appropriate grievance committee?   Yes ✓   No_____

C.   If your answer to B is yes:

1.   What steps did you take? _I submitted a Grievance and Grievance Appeal._

_____
_____
_____

2.   What was the result? _They were both denied._

_____
_____
_____

3

3.  Did you appeal any adverse decision to the highest level possible in the administrative procedure?                Yes ✓   No_____

    If yes, what was the result? _Still were denied._

    _____
    _____
    _____

D.  If you did not utilize the prison grievance procedure, explain why not: _____
    _____
    _____

IV.  Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A.  Name of plaintiff: _Reginald Williams No. 1208430 G4 #19_
    Address: _2164 Ga. Hwy 147_
    _Reidsville, Ga. 30499_

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B.  Name of defendant: _Mr. Clay Tatum_
    Position: _Warden_
    Place of employment: _Hays State Prison_
    Current Address: _P.O. Box 668_
    _Trion, Ga. 30753_

C.  Additional defendants: _Mr. Brian Owens Commissioner For The Georgia Department Of Corrections._

    _Warden Bruce Chapman Of Georgia State Prison_

    _Deputy Warden Of Care And Treatment John Paul_

4

V.    Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each
defendant is personally involved in the depriving you of your rights. You must
include relevant times, dates, places, and names of witnesses. DO NOT GIVE
LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to
allege a number of related claims, number and set forth each claim in a separate
paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

RETALIATION: On February 6, 2013 Georgia Department
Of Corrections Commissioner Mr. Brian Owens, Did
Authorize. The Use Of Cruel and Unusual Punishment
By Transfering Me A Close Security Inmate To A
Medium Security Prison. Where (Warden) Clay Tatum
And Mr. Owens Knew I Would Be Placed On Admin-
istrative Lock Down. All Of My Privileges Taken For
No Reason. I Have Been Lock-Down On Administrative
Lock-Down For One (1) Year An Counting. I Have
Written Mr. Owens Along With Friends Enquiring
As To Why I Was Placed On Administrative Lock-
Down Losing All My Privileges For No Reason.
Commissioner Brian Owens Never Responded.
     Warden Clay Tatum Was The Warden At Hays
State Prison. Where I Was An Inmate Housed In
General Population In DI# 232. When I Recieved
Notice On January 29, 2013 Thru A Court Order
From The Eleventh Circuit Court Of Appeal Gra-
nting Me Prission To Appeal The District Court
Dismissal Of My Lawsuit. Warden Tatum Retal-
iated By Conspiring With The Commissioner Of
The Georgia Department Of Corrections Mr. Owens
And Warden Of Georgia State Prison, Mr. Bruce

Chapman Who Assured Me That I Would Learn Not To Challenge The Georgia Department Of Corrections. Since My Arrival To Georgia State Prison, I Have Been Placed On Administrative Lock-Down. Forced To Endure A Number Of Retaliatory Actions. From Warden Bruce Chapman And His Deputy Warden Of Care And Treatment Mr. John Paul. I Have Had To Endure Denial Of Access To The Courts From February 6, 2013 Until April 29, 2013. Leading The Eleventh Circuit Court Of Appeal To Dismiss My Request For Failure To Respond To The March 6, 2013 Deadline. Deputy Warden Mr. Paul Is Responsible For Insuring That All Inmates Housed In Administrative Segregation, Have A Seg Hearing Every Month. I Have Never Had Such A Hearing. Deputy Warden Mr. Paul Is Also Responsible For Informing Every Inmate Housed In Administrative Segregation Of There Status In Administrative Segregation. I Have Never Been Informed About My Status Or How Long I Would Be Housed In Administrative Segregation. I Am Not In A Gang. Nor Am I Disciplinary Problem. In Eight Years Of Confinement In The Georgia Department Of Corrections. I Have Only Had Three (3) Disciplinary Reports. My Last One Was August 31, 2012 At Hays State Prison. Deputy Warden Mr. Paul Have The Authority To Release Me To General Population, But Refuse Because I Continuously Exercise My Right To File Grievances For Forcing Me To Endure A Number Of Retaliatory Actions. Such As Inhumane Living Conditions, Cold Food That Falls Way Short Of The Standard Of The Set Dietary Standards Of The Georgia Department Of Corrections. Deputy Warden John Paul Has Conveyed To Me Through My Counselor Mr. David Perrish That He Would Not Be Transfered To A Close Security Prison. Also, Stated That I Would Never Be Released To General Population. Since Being Housed In Administrative Segregation I Have Lost All Of My Privileges.

Sufficient Access To The Courts, Phone, Gym, Big Yard, Hot Food, T.V., Chemicals To Clean My Cell, Electricity.

GDC No: 1208430   Reginald Williams
REGINALD Williams

VI.   Relief

> State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

A. Declare that, the acts and ommissions described herein violated Plaintiff's rights under the Constitution and laws of the United States.

B. Order Defendants to pay Compensatory Damages of 1,000 Dollars a Day. "Unjustly Held in Administrative Segrigation.

C. Grant other just and equitable relief that this Honorable Court deems necessary.

D. Order Defendants to pay court costs.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _10th_ day of _FEbRUARY_ , 20 _14_ .

Prisoner No. _1208430_

_Reginald Williams_
(Signature of Plaintiff)

6

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the within

and foregoing **Reginald Williams**

on the below-named person(s) by placing it in the Prison mailbox in a properly

addressed envelope with sufficient first class postage affixed thereto.

This the _10th_ day of _FEBRUARY_, 20_14_.    *Reginald Williams*

pro se

Please Serve:

1. (Warden) Clay Tatum

2. (Commissioner) Brian Owens

3. (Warden) Bruce Chapman

4. (Deputy Warden Care And Treatment) John Paul



**Georgia Department of Corrections**
**Office of Investigations and Compliance**
Inmate Affairs and Ombudsman
P. O. Box 1529
Forsyth, Georgia 31029

Nathan Deal
Governor

Brian Owens
Commissioner

**Offender's Name: Williams, Reginald**          **Grievance Number: 157306**

**GDC # 1208430**          **Facility: Georgia State Prison**

A member of my staff has reviewed your grievance. You allege that Deputy Warden Paul is in violation of GDC policy by holding you in administrative segregation status without proper justification. This review revealed that Deputy Warden Paul reported that currently you are classified as a "Close Security" inmate. Georgia State Prison is designated as a Minimum/Medium Security level facility. Future reduction in your security level significantly depends on the behavior you demonstrate along with any disciplinary reports you may or may not receive since your last review period. Your allegation that Deputy Warden Paul is in violation of GDC policy by holding you in administrative segregation status without proper justification was not substantiated. Based on this information, this grievance is denied.

Ricky Myrick, Director
Investigations and Compliance

_____
Lisa Fountain, Interim Manager
Inmate Affairs and Ombudsman

_12-3-13_
(date)

**I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:**

_____          _____
Offender's signature          (date)



*CONFIDENTIAL*
**Offender GRIEVANCE FORM (Facsimile)**

Attachment 1
SOP IIB05-0001

| INSTITUTIONAL STAFF USE ONLY | |
|---|---|
| OFFENDER NAME William, Reginald | OFFENDER NUMBER 12-8432 1557306 |
| INSTITUTION G S | GRIEVANCE NUMBER |
| DATE COMPLETED FORM RECEIVED FROM OFFENDER 9-16-13 | BY DPaul |
| DATE APPEAL RECEIVED | BY |

**THIS FORM MUST BE COMPLETED IN INK. YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.**

DESCRIPTION OF INCIDENT:

I Submit this Grievance on the Basis of Deputy Warden of Care & Treatment Mr. John Paul Knowingly, willfully, Maliciously Authorized A Violation of the Georgia Department of Corrections Chapter 125-3-2 Discipline Table of Contents of Disciplinary Methods Prohibited Section 125-3-2-08 which clearly States in Section (A) of this code Under NO Circumstance Shall Corporal Punishment of Any Kind be Administered to Any Inmate: Also Section (B) of this same code that States NO Form of Cruel, Inhumane or Unsual Punishment Shall be Administered to Any Inmate. I Arrived to G.S.P. on Feb. 6, 2013 without NO Disciplinary Infractions or Gang Tides Yet I have Been on Twenty three hour Lock-Down For No Reason.

RESOLUTION REQUESTED:

TRANSFERD to Any Initstitution that would Allow ME to Be Released in General Population OR Be Released to GSP Genaral Population As Soon As Posible.

_Reginald 3Williams_                    9-15-2013
OFFENDER Signature                    Date

*Is this grievance being filed within the 10 day time limit? Please answer* ◉ Yes *or* ☐ No *. If the answer is No, please explain why.*

SEE
ATTACHED



| Ge... | User: Juanita Sharpe | Location: Ga State Prison |
| --- | --- | --- |
| Name: **WILLIAMS, REGINALD** | GDC ID: **1208430** | |
| Race: **BLACK** | Status: **INMATE** | |
| Sex: **MALE** | Supervision Level/Type: **CLOSE /** | Last Scribe Move: **GA STATE PRI** |
| DOB: **12/29/1970** | Type Population: **GENERAL POPULATION** | |

AGREEMENTS   ASSIGNMENTS   ASSESSMENT   CASE MGMT.   CASE NOTES   CARE AND CUSTODY   CLASSIFICATION   COMM. SERVICE   COU CASES

DISCIPLINARIES   FINANCIALS   GRIEVANCES   MEDICAL   MENTAL   MOVEMENTS   NOTIFICATIONS   OFFENDER DOC's

► Main Menu

► Find Offender

► Caseload Search

Disciplinary
- Active Disciplinary
- Add Disciplinary
- Disciplinary History

# Offender Disciplinaries History

### WILLIAMS, REGINALD -GDC ID 1208430

| Offense Date | D.R. # | Location | Charge(s) | Status | Status Date | Sanctions Probated | Obligation Id |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 01/22/2013 | 363788 | HAYS STATE PRISON | D03A-GREAT-POSSESSION OF WEAPON | COMPLETE LOCAL DISPOSITION DISMISSED | 02/25/2013 | NO | |
| 08/31/2012 | 328301 | HAYS STATE PRISON | D03L-GREAT-POSSESSION OF CELL PHONE | FINAL REVIEW DISPOSITION MODIFIED | 10/30/2012 | NO | 13973970 |
| 05/22/2012 | 301679 | HAYS STATE PRISON | D03J-GREAT-POSSESSION ANY DRUG/NARCOTIC D01-HIGH-POSSESSION OF CONTRABAND | COMPLETE LOCAL DISPOSITION DISMISSED | 06/15/2012 | NO | |
| 05/22/2012 | 301669 | HAYS STATE PRISON | C17B-HIGH-UNDER INFLUENCE OF DRUGS | COMPLETE LOCAL DISPOSITION APPROVED | 06/20/2012 | NO | 13474621 |
| 05/26/2011 | 211453 | HAYS STATE PRISON | B01K-GREAT-INJURY TO INMATE/ONESELF | COMPLETE LOCAL DISPOSITION APPROVED | 06/08/2011 | YES | |

© 1998 - 2002 Georgia Department of Corrections

Send your system questions and recommendations to us

George Hicks

P.O. Box 1303

Athens, GA 30603-1303

Georgia State Prison

Deputy Warden C&T   John Paul

300 1ˢᵗ Avenue South
Reidsville, GA 30453

---

   I am writing concerning an inmate named Reginald Williams  GDC# 1208430.  I have been writing Mr. Williams for several years now and he tells me that he is on Lockdown 23 hrs a day and he has not committed any Prison Infractions that would cause him to be treated to segregation punishment.  I am concerned about his treatment at GSP and was wondering if you would kindly look into the matter and offer some relief for Mr. Reginald Williams.  He has been held on Administrative Segregation now for over 8 months.  Mr. Williams claims he is not in a gang nor has he a danger to the institution or other inmates.  Would you please offer him some relief from the condition he is currently in.

Thank you,

George Hicks



COPY

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 25, 2013

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number:  12-14475-EE
Case Style:  Reginald Williams v. Stroub, et al
District Court Docket No:  4:11-cv-00206-HLM

**CIVIL APPEALS ARE GOVERNED BY <u>STRINGENT</u> PROCEDURES FOR REQUESTING EXTENSIONS OF TIME TO FILE BRIEFS AND RECORD EXCERPTS. RULES PROVIDE FOR <u>DISMISSAL WITHOUT FURTHER NOTICE</u> WHEN A BRIEF OR RECORD EXCERPTS IS NOT FILED OR CORRECTED WITHIN THE TIME PERMITTED. PLEASE SEE THE CIRCUIT RULES AT <u>WWW.CA11.USCOURTS.GOV</u>**

Eleventh Circuit Rule 31-1 requires that APPELLANT'S BRIEF AND RECORD EXCERPTS BE SERVED AND FILED ON OR BEFORE ***March 6, 2013.***

This is the only notice you will receive concerning the due date for filing briefs and record excerpts.  <u>See</u> Fed.R.App.P. 28, 30, 31 and 32, and the corresponding circuit rules, for further information on preparing briefs and record excerpts. If you have not entered your appearance in this appeal, please note that the clerk may not accept your motions or other filings. <u>See</u> 11th Cir. R. 46-5. <u>Appearance of Counsel Forms</u> are available on the court's Web site at www.ca11.uscourts.gov. Motions for extensions of time to file a brief are frowned upon by the court.

Attorneys registered to use ECF must file briefs electronically using the ECF system. Use of ECF does not modify the requirements of the circuit rules that counsel must also provide seven (7) paper copies of a brief to the court, nor does it modify the requirements of the circuit rules for the filing of record excerpts or expanded record excerpts in a particular case.

Attorneys not registered to use ECF must, in addition to providing seven (7) paper copies of a brief, upload the brief electronically using the EDF system. (Pro se parties may not use the EDF system, but must provide the required number of paper copies.) The EDF system is described in 11th Cir. R. 31-5, and instructions are available on the court's Web site. An EDF ID number is needed to upload your brief. If you do not remember your EDF ID number, you may look it up on the court's Web site. When uploading a brief for the first time, you will be prompted to register and create a password known only by you for all future uploads.

Attorneys and pro se parties in districts not participating in the Electronic Records on Appeal Program must file record excerpts in conformance with 11th Cir. R. 30-1 and 30-2. Attorneys and pro se parties in districts that are participating in the Electronic Records on Appeal Program, and whose cases are included in the program, must file expanded record excerpts in conformance with the Electronic Records on Appeal Program Components and Instructions for Preparing Expanded Record Excerpts, available on the court's Web site. Pro se parties who are incarcerated are not required to file record excerpts.

Sincerely,

JOHN LEY, Clerk of Court

Reply to:  Lois Tunstall, EE
Phone #:  (404) 335-6224

BR-1CIV Civil appeal briefing ntc issued

**12-14475**

Reginald Williams
#1208430
Hays SP - Inmate Legal Mail
PO BOX 668
TRION, GA 30753-0668

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 09, 2013

Reginald Williams
Hays SP - Inmate Legal Mail
PO BOX 668
TRION, GA 30753-0668

Appeal Number: 12-14475-EE
Case Style: Reginald Williams v. Stroub, et al
District Court Docket No: 4:11-cv-00206-HLM

Dear Mr. Williams:

This letter is written in response to your letter dated March 24, 2013, in which you ask the status of your appeal.   By now you should have received our notice dated March 25, 2013, stating that this appeal was dismissed for want of prosecution because you did not file your brief.   Your brief was due on March 06, 2013.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Lois Tunstall, EE
Phone #: (404) 335-6224

MP-1

**PROBATION WITNESS STATEMENT FORM**

| PLACE GEORGIA STATE PRISON | DATE | TIME | FILE NUMBER |
|---|---|---|---|

| LAST NAME, FIRST NAME, MIDDLE NAME Williams Reginald Quinton | EMPLOYEE I.D. NO. | STATE SERIAL NO. 1208430 |
|---|---|---|

OFFICE/FACILITY ADDRESS
GSP 2164 Ga. Hwy 147 Reidsville, Georgia 30499

**SWORN STATEMENT**

I, Reginald Quinton Williams , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

To: (WARDEN) TOOLE

RE: RETALIATION

On January 25, 2013 I recieved a Court Order at
Hays State Prison advising me that the Eleventh Circuit
Court of Appeal granted my Motion for Appeal. On Feb 5
(Warden) Clay Tatum had me transfered out of General
Population in the middle of a Court Order to Georgia
State Prison. Since arriving at Georgia State Prison I have
been placed on Administrative Segregation because my
Security Level is Close. (Warden) Bruce Chapman issued a
Statement to GSP staff Mr. Kappes not to place any inmate
from Hays SP on the Law Library List. For two months and
three weeks I was not allowed to go to the Law Library.

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT R. W. | PAGE I OF 2 PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED _____ CONTINUED." THE BOTTOM OF EACH
ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN
ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE
SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduce locally)

RETENTION SCHEDULE: Upon completion, this form will be placed in the probationer's case file and distributed in accordance with
SOP IIIB08-0003.

ATTACHMENT 3
SOP IIIB08-0003
Page 2 of 2
5/15/07

STATEMENT (Continued) To prepair my Appeal Brief. My case was dismissed because I did not submitt my Brief in time.

In closing, this is clearly and act of Retaliation due to me exercising my rights to file my Cliam.

~End of Statement~

AFFIDAVIT

I, Reginald Q. Williams HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE 2 . I FULLY UNDERSTAND THE CONDITIONS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

_Reginald Williams_
(Signature of Person Making Statement)

WITNESS

Subscribed and sworn to before me, a person authorized by law to administer oaths, this ____ day of _____,20___ at _____

_____
OFFICE/FACILITY ADDRESS

_____
(Signature of Person Administering Oath)

_____
OFFICE/FACILITY ADDRESS

_____
(Typed Name of Person Administering Oath)

_____
(Authority To Administer Oath)

INITIALS OF PERSON MAKING STATEMENT

R. W.

PAGE 2 OF 2 PAGES

(Reproduce locally)

RETENTION SCHEDULE: Upon completion, this form will be placed in the probationer's case file and distributed in accordance with SOP IIIB08-0003 .

| PROBATION WITNESS STATEMENT FORM | | | |
|---|---|---|---|
| PLACE Georgia State Prison | DATE | TIME | FILE NUMBER |
| LAST NAME, FIRST NAME, MIDDLE NAME Williams Reginald Quinton | EMPLOYEE I.D. NO. | | STATE SERIAL NO. 1208430 |
| OFFICE/FACILITY ADDRESS GSP 2164 Ga. Hwy 147 Reidsville, Georgia 30499 | | | |

SWORN STATEMENT

I, Reginald Quinton Williams , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

To: (Warden) Toole

Re: Retaliation

On January 30 2013 I recieved a Court Order at Hays State Prison advising me that the Eleventh Circuit Court of Appeal granted my Motion for Appeal. ON Feb 5 (Warden) Clay Tatum had me transfered out of General Population in the middle of a Court Order to Georgia State Prison. Since arriving at Georgia State Prison I have been placed on Administrative Segregation because my Security Level is Close. (Warden) Bruce Chapman issued a Statement to GSP staff Mr. Kappus not to place any inmate from Hays SP on the Law Library List. For two months and three weeks I was not allowed to go to the Law Library.

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT R. W. | PAGE 1 OF 2 PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduce locally)

RETENTION SCHEDULE: Upon completion, this form will be placed in the probationer's case file and distributed in accordance with SOP IIIB08-0003.

STATEMENT (Continued) To prepair my Appeal Brief. My case was dismissed because I did not submitt my Brief in time.

In closing, this is clearly and act of Retaliction due to me exercising my rights to file my Cliam.

~End of Statement~

AFFIDAVIT

I, Reginald Q. Williams _____ HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE __2__. I FULLY UNDERSTAND THE CONDITIONS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

_Reginald Williams_
(Signature of Person Making Statement)

WITNESS

Subscribed and sworn to before me, a person authorized by law
to administer oaths, this _____ day of _____,20____
at _____

_____
OFFICE/FACILITY ADDRESS

_____
(Signature of Person Administering Oath)

_____

_____
OFFICE/FACILITY ADDRESS

_____
(Typed Name of Person Administering Oath)

_____
(Authority To Administer Oath)

INITIALS OF PERSON MAKING STATEMENT
R. W.

PAGE 2 OF 2 PAGES

(Reproduce locally)

RETENTION SCHEDULE: Upon completion, this form will be placed in the probationer's case file and distributed in accordance with SOP IIIB08-0003 .

**PROBATION WITNESS STATEMENT FORM**

| PLACE Georgia State Prison | DATE | TIME | FILE NUMBER |
|---|---|---|---|

| LAST NAME, FIRST NAME, MIDDLE NAME | EMPLOYEE I.D. NO. | STATE SERIAL NO. |
|---|---|---|
| Williams Reginald Quinton | | 1208430 |

OFFICE/FACILITY ADDRESS
GSP 2164 Ga. Hwy 147 Reidsville, Georgia 30499

**SWORN STATEMENT**

I, Reginald Q. Williams , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

To: (Warden) Toole

Re: Inhumane Living Condition

On April 29, 2013 I was moved from E4#25ᴮ to G3#18ᵀ where the cell was completly **Bomed** up. On Aug 1, 2013 I was moved from G3#18ᵀ to G4#19ᴮ where I am currently being housed. Since arriving at GSP all my privaledges have been taken, for no reason of my own. I have been subjected to Inhumane Living, my window will not close, forcing Plaintiff to Endure Freezing Cold in the winter.

In closing, this is clearly and act of Retaliation due to me exercising my rights to file my Cliam.

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT  R.W. | PAGE 1 OF 2 PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduce locally)

RETENTION SCHEDULE: Upon completion, this form will be placed in the probationer's case file and distributed in accordance with SOP IIIB08-0003.

STATEMENT (Continued)

R.W.

R.W.

R.W.

R.W.

AFFIDAVIT

I, Reginald Q. Williams _____ HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE ____. I FULLY UNDERSTAND THE CONDITIONS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

*Reginald Williams*

(Signature of Person Making Statement)

WITNESS

Subscribed and sworn to before me, a person authorized by law to administer oaths, this ____ day of _____,20___
at _____

_____
OFFICE/FACILITY ADDRESS

_____
(Signature of Person Administering Oath)

_____
OFFICE/FACILITY ADDRESS

_____
(Typed Name of Person Administering Oath)

_____
(Authority To Administer Oath)

INITIALS OF PERSON MAKING STATEMENT

R.W.

PAGE       OF       PAGES

(Reproduce locally)

RETENTION SCHEDULE: Upon completion, this form will be placed in the probationer's case file and distributed in accordance with SOP IIIB08-0003 .

ATTACHMENT 3
SOP IIB08-0003
Page 1 of 2
5/15/07

**PROBATION WITNESS STATEMENT FORM**

| PLACE Georgia State Prison | DATE | TIME | FILE NUMBER |
|---|---|---|---|

| LAST NAME, FIRST NAME, MIDDLE NAME  Williams Reginald Quinton | EMPLOYEE I.D. NO. | STATE SERIAL NO.  1208430 |
|---|---|---|

OFFICE/FACILITY ADDRESS
CSP 2164 Ga. Hwy 147 Reidsville, Georgia 30499

**SWORN STATEMENT**

I, Reginald Q. Williams , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

To: (Warden) Toole

Re: Inhumane Living Condition

On April 29, 2013 I was moved from E4#25$^B$ to C3#13$^T$ when the cell was completly **Borned** up. On Aug 1, 2013 I was moved from G3#18$^T$ to C4#18$^B$ where I am currently being housed. Since arriving at CSP all my priviledges have been taken, for no reason of my own. I have been subjected to Inhumane Living, my window will not close, forcing Plaintiff to Endure Freezing Cold in the winter.

In closing, this is clearly and act of Retaliation due to me exercising my rights to file my Claim.

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT  R.W. | PAGE 1 OF 2 PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED _____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduce locally)

STATEMENT (Continued)

R. W.

R. W.          R.W.

R.W.

AFFIDAVIT

I, Reginald Q. Williams _____, HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE ____. I FULLY UNDERSTAND THE CONDITIONS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

_Reginald Williams_
(Signature of Person Making Statement)

WITNESS

Subscribed and sworn to before me, a person authorized by law to administer oaths, this ____ day of _____,20___
at _____

_____
_____

OFFICE/FACILITY ADDRESS

_____
(Signature of Person Administering Oath)

_____
_____

OFFICE/FACILITY ADDRESS

_____
(Typed Name of Person Administering Oath)

_____
(Authority To Administer Oath)

INITIALS OF PERSON MAKING STATEMENT

R.W.

| PAGE | OF | PAGES |
|------|-----|-------|

(Reproduce locally)

RETENTION SCHEDULE: Upon completion, this form will be placed in the probationer's case file and distributed in accordance with SOP IIIB08-0003 .

**PROBATION WITNESS STATEMENT FORM**

| PLACE GEORGIA STATE PRISON | DATE | TIME | FILE NUMBER |
|---|---|---|---|

LAST NAME, FIRST NAME, MIDDLE NAME
Williams Reginald Quinton

| EMPLOYEE I.D. NO. | STATE SERIAL NO. 1208430 |
|---|---|

OFFICE/FACILITY ADDRESS
GSP 2164 Ga. Hwy 147 Reidsville, Georgia 30499

**SWORN STATEMENT**

I, Reginald Q. Williams _____, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

To: (Commissioner) Brian Owens

Re: INHUMANE LIVING CONDITION

ON April 29, 2013 I was moved from E4#25$^B$ to G3#18$^T$ where the cell was completly Burned up. ON Aug 1, 2013 I was moved from G3#18$^T$ to G4#19$^B$ where I am currently housed. Since arriving at GSP all my privaledges have been taken, for no reason of my own. I have been subjected to Inhumane Living, my window will not close, forcing Plaintiff to Endure Freezing Cold in the winter.

In closing, this is clearly and act of Retaliation due to me exercising my rights to file my Claim.

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT R. W. | PAGE 1 OF 2 PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduce locally)

RETENTION SCHEDULE: Upon completion, this form will be placed in the probationer's case file and distributed in accordance with SOP IIB08-0003.

STATEMENT (Continued)

*R.W.*

*R.W.*

*R.W.*

*R.W.*

**AFFIDAVIT**

I, Reginald Q. Williams_____ HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE __1__. I FULLY UNDERSTAND THE CONDITIONS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE.   I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT.   I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD,   WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

*Reginald Williams*
_____
(Signature of Person Making Statement)

WITNESS

Subscribed and sworn to before me, a person authorized by law to administer oaths, this ____ day of _____,20__
at _____

_____

OFFICE/FACILITY  ADDRESS

_____
(Signature of Person Administering Oath)

_____
(Typed Name of Person Administering Oath)

OFFICE/FACILITY  ADDRESS

_____
(Authority To Administer Oath)

INITIALS OF PERSON MAKING STATEMENT

*R.W.*

| PAGE | OF | PAGES |

(Reproduce locally)

RETENTION SCHEDULE: Upon completion, this form will be placed in the probationer's case file and distributed in accordance with SOP IIIB08-0003 .

**PROBATION WITNESS STATEMENT FORM**

| PLACE Georgia State Prison | DATE | TIME | FILE NUMBER |
|---|---|---|---|
| LAST NAME, FIRST NAME, MIDDLE NAME Williams Reginald Quinton | EMPLOYEE I.D. NO. | | STATE SERIAL NO. 1205430 |

OFFICE/FACILITY ADDRESS GSP 2164 Ga. Hwy 147 Reidsville Georgia 30499

**SWORN STATEMENT**

I, Reginald Q. Williams , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

To: (Commissioner) Brian Owens

Re: Inhumane Living Condition

On April 23, 2013 I was moved from E4#25 to G1#8T
here the cell was completly Burned up. On Aug 1, 2013 I was
moved from G1#8T to G1#25 where I am currently housed.
Since moving at GSP all my privlidges have been taken for
no reason of my own. I have been subjected to Inhumane
Living, my windows will not close, forcing Plaintiff to Endure
Freezing Cold in the winter.

In closing, this is clearly and act of
Retaliation due to me exercising my
rights to file my Claim.

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT R. W. | PAGE I OF 2 PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ____ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE I WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduce locally)

RETENTION SCHEDULE: Upon completion, this form will be placed in the probationer's case file and distributed in accordance with SOP IIIB08-0003.

STATEMENT (Continued)

R.W.

R.W.

R.W.

R.W.

**AFFIDAVIT**

I, Reginald O. Williams_____ HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE __1__. I FULLY UNDERSTAND THE CONDITIONS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

*Reginald Williams*
_____
(Signature of Person Making Statement)

WITNESS

Subscribed and sworn to before me, a person authorized by law to administer oaths, this ____ day of _____,20___
at _____

_____
_____
OFFICE/FACILITY ADDRESS

_____
(Signature of Person Administering Oath)

_____
_____
OFFICE/FACILITY ADDRESS

_____
(Typed Name of Person Administering Oath)

_____
(Authority To Administer Oath)

INITIALS OF PERSON MAKING STATEMENT
R.W.

| PAGE | OF | PAGES |

(Reproduce locally)

RETENTION SCHEDULE: Upon completion, this form will be placed in the probationer's case file and distributed in accordance with SOP IIIB08-0003 .



# GEORGIA DEPARTMENT OF CORRECTIONS
## STATE OF GEORGIA
### Offender Grievance
Williams, Reginald - GDC ID 1208430
Grievance# 159029 - Status: Pending Notify Offender On Appeal



Nathan Deal
*Governor*

Brian Owens
*Commissioner*

| | | | |
|---|---|---|---|
| **Facility Grievance Against:** | Ga State Prison | **Grievance Type:** | Formal |
| **Grievance Date:** | 10/15/2013 | **Form Received Date:** | 10/15/2013 |
| **Expedited Grievance:** | No | **Grievance Category:** | Missing/Confiscated Property |
| **Complaint/Resolution:** | Retaliation: DW John Paul, personally came to my cell location October 10, 2013 in a botched search of my cell. DW John Paul stood and watched COII Wayne take four (4) personal order books from my cell G-4-19. As I tried to bring the fact to DW John Paul attention while being detained by a CERT Offlcer , DW John Paul just looked as CO II Wayne through my books in the floor as Unit Manager Mrs Bruton swep them up into a pile of trash. These were (4) personal books order from the publisher. According to SOP. I should have been given a confiscation sheet and aforded the opportunity to send my books home. These were (4) personal books order from the publisher. According to SOP. by trashing my personal property books from my cell G-4#19 while he John Paul stood in the doorway of cell 19 g-4 and done nothing to stop the violation of SOP by trashing my personal proeprty in my face while CERT Officer detined me against the wall. DW John Pauki should be placed on administrative leave while a full scale investigation be conducted into his (John Paul) abuse of authority and replace all (4) books. | | |

### No Persons Involved

### No Incidents Involved

| | | | |
|---|---|---|---|
| **Status:** | Not Resolved | **Status Date:** | 10/22/2013 |
| **Resolution Comments:** | Per D/W Paul, G-4 dormitory was shaken down, at no time did he see Officer Waynick taking any personal property from any inmates. All that was remved from any was trash, food trays, and other contraband. Per Unit Manager Mrs. Brewton all property that was confiscatedmfrom G-Bldg was properly inventporied and all inmates recieved sheet regarding personal property. Officer Waynick stated that at no time did he take any personal property frominmate. | | |

| | | | |
|---|---|---|---|
| **Formal Process Initiated On:** | 10/15/2013 | | |
| **Institution Response Due Date:** | 11/24/2013 | **Ten Days Extension:** | No |
| **Grievance Coordinator:** | C Milton Smith | **Date Coordinator Received:** | 10/15/2013 |
| **Investigator:** | David Parrish | | |
| **Investigator Response Due Date:** | 11/06/2013 | **Investigator Response Date:** | 10/22/2013 |
| **Recommendation Status:** | Denied | | |
| **Grievance Coordinator Comments:** | According to Mr. John Paul Deputy Warden of Care and Treatment, all cells in G4 were searched that day. He has no recollection of Officer Waynick taking any personal property (books) from this particular inmate. All that was removed from any of the cells was trash, food trays and or contraband. Ms. Janet Brewton stated all property confiscated from G Building was properly inventoried and all inmates received an inventory sheet regarding personal property. All library books were confiscated and returned to GSP's Library. Officer Waynick stated at no time did he remove any personal property from inmate's cell. Therefore this grievance is denied. | | |

| | | | |
|---|---|---|---|
| **Disposition Status:** | Denied | **Institution Response Date:** | 11/12/2013 |
| **Warden/Designee:** | MOBLEY, LYNETTE L | | |
| **Warden/Designee's Response:** | According to Mr. John Paul Deputy Warden of Care and Treatment, all cells in G4 were searched that day. He has no recollection of Officer Waynick taking any personal property (books) from you. All that was ~~removed from any of the cells was trash, food trays and or contraband. Ms. Brewton stated all property~~ | | |
| | ~~confiscated from G Building was properly inventoried and all inmates received an inventory sheet regarding~~ | | |
| **Offender Notified Date:** | ~~04/18/20 13~~ property. All library books were confiscated and returned to GSP Library. Officer Waynick stated at no time did he remove any personal property from your cell. Therefore, this grievance is denied. | | |

| Date Appeal Received From Offender: | 12/09/2013 | Appeal Mailed Date: | 12/10/2013 |
|---|---|---|---|
| Lead Investigator: | Fountain, Mona Lisa | | |

| Date Appeal Received By Inmate Affairs: | 01/21/2014 | Appeal Response Due Date: | 03/05/2014 |
|---|---|---|---|
| Assign to Investigator: | Maudlin, Christopher | | |
| Comments: | | | |

| Status Recommendation: | Denied | Date: | 01/24/2014 |
|---|---|---|---|
| Investigator's Comments: | This review revealed that Deputy Warden J. Paul stated that the only property taken from the cells in G4 was trash, contraband, and unreturned library books. Officer J. Waynick stated that he did not take any personal property from Inmate Williams' cell. | | |

| Status: | Denied | Date: | 01/28/2014 |
|---|---|---|---|
| Lead Investigator's Comments: | This review revealed that Deputy Warden J. Paul stated that the only property taken from the cells in G4 was trash, contraband, and unreturned library books. Officer J. Waynick stated that he did not take any personal property from Inmate Williams' cell.  This grievance is denied. | | |

# Offender Grievances
## WILLIAMS, REGINALD -GDC ID 1208430

| Grievance Date | Location | Grievance Number | Expedited | Grievance Category | Grievance Type | Status | Status Date |
|---|---|---|---|---|---|---|---|
| 06/26/2013 | GA STATE PRISON | 151950 | NO | ASSIGNMENT/CLASSIFICATION | FORMAL | PENDING APPEAL ASSIGNMENT | 07/09/2013 |
| 06/04/2013 | GA STATE PRISON | 150910 | NO | CONDITIONS OF CONFINEMENT | FORMAL | PENDING RESOLUTION | |
| 04/16/2013 | GA STATE PRISON | 148990 | NO | ACCESS TO COURTS/LEGAL COUNSEL | FORMAL | DENIED | 05/23/2013 |
| 03/12/2013 | GA STATE PRISON | 146362 | NO | ASSIGNMENT/CLASSIFICATION | FORMAL | REJECTED | 04/03/2013 |
| 02/12/2013 | GA STATE PRISON | 143730 | NO | CONDITIONS OF CONFINEMENT | FORMAL | REJECTED | 03/05/2013 |
| 01/28/2013 | HAYS STATE PRISON | 142959 | NO | PHYSICAL FORCE (COMPLIANCE) | FORMAL | APPEAL DENIED | 05/29/2013 |
| 01/04/2013 | HAYS STATE PRISON | 141581 | NO | STAFF NEGLIGENCE | FORMAL | DENIED | 03/20/2013 |
| 01/03/2013 | HAYS STATE PRISON | 141023 | NO | STAFF NEGLIGENCE | FORMAL | DROPPED BY OFFENDER | 02/01/2013 |
| 12/11/2012 | HAYS STATE PRISON | 139686 | NO | CONDITIONS OF CONFINEMENT | FORMAL | APPEAL DENIED | 01/29/2013 |
| 11/28/2012 | HAYS STATE PRISON | 138596 | NO | CONDITIONS OF CONFINEMENT | INFORMAL | DROPPED BY OFFENDER | 12/11/2012 |
| 10/29/2012 | HAYS STATE PRISON | 135888 | NO | FINANCIAL | FORMAL | APPEAL DENIED | 01/02/2013 |
| 10/23/2012 | HAYS STATE PRISON | 135475 | NO | FINANCIAL | INFORMAL | REJECTED | 10/24/2012 |
| 10/22/2012 | HAYS STATE PRISON | 135268 | NO | MAIL/PACKAGES | FORMAL | APPEAL DENIED | 01/02/2013 |
| 10/08/2012 | HAYS STATE PRISON | 133944 | NO | FINANCIAL | INFORMAL | DROPPED BY OFFENDER | 10/18/2012 |
| 12/19/2011 | HAYS STATE PRISON | 106160 | NO | MAIL/PACKAGES | FORMAL | APPEAL DENIED | 02/21/2012 |
| 07/30/2011 | HAYS STATE PRISON | 93658 | NO | STAFF NEGLIGENCE | FORMAL | DENIED | 09/16/2011 |
| 06/13/2011 | HAYS STATE PRISON | 89703 | NO | ASSIGNMENT/CLASSIFICATION | INFORMAL | REJECTED | 06/21/2011 |
| 06/01/2011 | HAYS STATE PRISON | 88625 | NO | STAFF NEGLIGENCE | INFORMAL | RESOLVED | 06/15/2011 |
| 04/22/2011 | HAYS STATE PRISON | 84947 | NO | STAFF NEGLIGENCE | INFORMAL | RESOLVED | 04/28/2011 |
| 01/31/2011 | HAYS STATE PRISON | 76943 | NO | STAFF NEGLIGENCE | INFORMAL | RESOLVED | 02/02/2011 |
| 10/27/2010 | HAYS STATE PRISON | 68062 | NO | POLICY/PROCEDURAL CHALLENGE | FORMAL | DROPPED BY OFFENDER | 12/16/2010 |
| 10/05/2010 | HAYS STATE PRISON | 65571 | NO | ASSIGNMENT/CLASSIFICATION | FORMAL | APPEAL DENIED | 02/01/2011 |
| 09/27/2010 | HAYS STATE PRISON | 64658 | NO | MEDICAL | FORMAL | APPEAL DENIED | 04/28/2011 |
| 08/11/2010 | HAYS STATE PRISON | 59710 | NO | STAFF NEGLIGENCE | FORMAL | APPEAL DENIED | 10/27/2010 |
| 08/03/2010 | HAYS STATE PRISON | 67113 | NO | MEDICAL | FORMAL | APPEAL DENIED | 05/04/2011 |
| 07/29/2010 | HAYS STATE PRISON | 58784 | NO | STAFF NEGLIGENCE | INFORMAL | REJECTED | 08/05/2010 |
| | HAYS STATE | | | | | | |

| 07/29/2010 | PRISON | 58455 | NO | ASSIGNMENT/CLASSIFICATION | INFORMAL | REJECTED | 08/03/2010 |
| 07/08/2010 | HAYS STATE PRISON | 56074 | NO | VISITATION | INFORMAL | NOT RESOLVED | 07/15/2010 |
| 06/23/2010 | HAYS STATE PRISON | 54326 | NO | COUNSELING | INFORMAL | RESOLVED | 06/30/2010 |
| 09/22/2009 | HAYS STATE PRISON | 28490 | NO | ASSIGNMENT/CLASSIFICATION | INFORMAL | REJECTED | 09/25/2009 |
| 08/14/2009 | HAYS STATE PRISON | 25022 | NO | FOOD SERVICE | FORMAL | DENIED | 09/29/2009 |
| 06/15/2009 | HAYS STATE PRISON | 19107 | NO | HARASSMENT | FORMAL | DENIED | 07/30/2009 |
| 02/14/2009 | HAYS STATE PRISON | 7572 | NO | HARASSMENT | INFORMAL | NOT RESOLVED | 02/26/2009 |

© 1998 - 2002 Georgia Department of Corrections

Send your system questions and recommendations to us